An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

VG PIPE, LLC, SUCCESSOR BY
MERGER TO VANGUARD PIPING
SYSTEMS, INC.; VIEGA, LLC;
VANGUARD INDUSTRIES, INC.; AND
VIEGA, INC.,
Appellants,
vs.
AVENTINE-TRAMONTI HOMEOWNERS
ASSOCIATION, A NEVADA NON-
PROFIT CORPORATION,
Respondent.

No. 63324

**FILED**

JAN 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

VG PIPE, LLC, SUCCESSOR BY
MERGER TO VANGUARD PIPING
SYSTEMS, INC., A FOREIGN COMPANY
DOING BUSINESS IN NEVADA; VIEGA,
LLC, A FOREIGN COMPANY DOING
BUSINESS IN NEVADA; VANGUARD
INDUSTRIES, INC., A FOREIGN
COMPANY DOING BUSINESS IN
NEVADA; AND VIEGA, INC., A
FOREIGN COMPANY DOING BUSINESS
IN NEVADA,
Appellants,
vs.
AVENTINE-TRAMONTI HOMEOWNERS
ASSOCIATION, A NEVADA NON-
PROFIT CORPORATION,
Respondent.

No. 65031

## ORDER DISMISSING APPEALS

The parties' joint motions to dismiss these consolidated appeals and to remand the matter to the district court for the purpose of effectuating the parties' settlement agreement by vacating all judgments and orders and dismissing the action below with prejudice, which order the district court has certified its intent regarding, are granted. *Foster v.*

 

15-01229

*Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010); *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978). Accordingly, these appeals are dismissed and the matter is remanded to the district court for the purpose certified.

It is so ORDERED.

_____, C.J.

cc:     Hon. Susan Johnson, District Judge
        Stephen E. Haberfeld, Settlement Judge
        Carroll, Burdick & McDonough, LLP
        Lincoln, Gustafson & Cercos
        Kemp, Jones & Coulthard, LLP
        Lynch, Hopper & Salzano, LLP
        Carraway & Associates
        Maddox, Segerblom & Canepa, LLP
        Canepa Riedy Abele & Castello
        Eighth District Court Clerk